# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | Cr. No.: 2:15-cr-20142-JTF |
| ) | |
| v. ) | |
| ) | |
| **BYRON PURDY, ET AL,** ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

COMES NOW the undersigned counsel, pursuant to Local Rule 83.5 of the Western District of Tennessee, and files this motion to withdraw as counsel on behalf of the United States of America in this cause, and be removed from the distribution list.  The United States will continue to be represented by the Assistant United States Attorney's that remain a party to this case.

                                                             Respectfully submitted,

                                                             LAWRENCE J. LAURENZI
                                                             Acting United States Attorney

                              By:    s/Michelle Kimbril-Parks
                                          MICHELLE KIMBRIL-PARKS
                                          Assistant United States Attorney
                                          167 N. Main, Suite 800
                                          Memphis, Tennessee 38103
                                          (901) 544-4231
                                          (Tennessee No. 011027)

## **CERTIFICATE OF SERVICE**

I, Michelle Kimbril-Parks, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing pleading was forwarded by electronic means via the court's electronic filing system to counsel for the defendant.

This date: July 11, 2017.

By:    s/Michelle Kimbril-Parks  
       MICHELLE KIMBRIL-PARKS